```
*** REC 2007201 141909 H61F32E0 PKUG CIBOYA7 PQA7 (F-PKU) ***

TPQY  DTE:07/20/07  SSN:     -0461           DOC:629 UNIT:LRB      PG: 001
STATUS   MBR YES LOU-07/20 SSACCS NO  LOU-07/19 SSR YES LOU-06/18/91
INPUT SOCIAL SECURITY NUMBER          -0461    NAME  L HALL        USER CODE LRB
TPQY CONFIDENTIAL SOCIAL SECURITY DATA - CLAIM NUMBER        -0461
***INFORMATION***
NOT IN FILE AS OF 07/20/07
INPUT SOCIAL SECURITY NUMBER          -0461    NAME  L HALL        USER CODE LRB
TPQY CONFIDENTIAL SUPPLEMENTAL SECURITY INCOME DATA ON 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
   LAKESHIA HALL FEMALE BORN:06/09/77 ELIGIBLE:06/1991
APPLICATION DATE: 06/17/1991 TYPE OF PERSON: DISABLED CHILD
MAILING ADDRESS:
PEARLIE HALL
FOR
LAKESHIA HALL
2307 3RD ST E
TUSCALOOSA AL 35404 2420
MAILING ADDRESS:
ADDRESS UNKNOWN
NET CURRENT BENEFIT FOR 07/01/2007 - FED AMT: $623.00 STATE AMT: $0.00
PAYMENT HISTORY OF NET BENEFITS PAID:
DATE:        FEDERAL AMT:   STATE AMT:   TYPE OF PAYMENT:
 01/01/2007  $   623.00     $    0.00    RECURRING
 07/01/2006  $   603.00     $    0.00    RECURRING
PAYMENT STATUS CODE: C01 - PAY E
 DISABLED
```

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **In Re:** | § § | **CASE NO.: 07-7     -CMS-13** |
| **LAKESHIA HALL** | § § | |
| **DEBTOR.** | § § | **CHAPTER 13** |

### AFFIDAVIT OF DEBTOR

**STATE OF ALABAMA** §
**TUSCALOOSA COUNTY** §    ss.

Before me, the undersigned authority in and for said County in said State, personally appeared LAKESHIA HALL, who is known to me, and who, being first duly sworn, deposes and says as follows:

1. My name is LAKESHIA HALL. I am the debtor in the above case. I have personal knowledge of the facts and information set out herein.

2. 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure require that I furnish evidence of income from all sources within sixty days preceding the filing of this bankruptcy petition.

3. I have been receiving social security disability since 1997 and do not receive payment advices.

4. Therefore, I do not have sufficient income records to furnish the Court pursuant to 11 U.S.C. Sec. 521(a)(1)(B)(iv) and Rule 1007(b) & (c) of the Federal Rules of Bankruptcy Procedure.

I make this affidavit on personal knowledge. Further, affiant saith not.

_____
Affiant (LAKESHIA HALL)

**SWORN AND SUBSCRIBED BEFORE ME** on this _18th_ day of September 2007 at Tuscaloosa, Alabama, witness my hand and official seal of office.

_____
Notary Public, State At Large

My Commission Expires: _11/02/09_